IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GLENN KEITH ANSRASKO,**

Petitioner,

vs.                                                                    Civ No. 14-cv-158 WJ/RHS

**JOE GARCIA**, Warden,

Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION
## AND DISMISSING THIS PROCEEDING WITH PREJUDICE

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and

Recommended Disposition ("PFRD"), filed November 13, 2014 (Doc. 9).   A party is entitled to

file and serve written objections to the Proposed Findings and Recommendations of the designated

Magistrate Judge.   28 U.S.C. § 636(b).   The time for filing objections expired on December 1,

2014.   No objections have been filed, timely or otherwise.

The Court has made a *de novo* determination and agrees with the Magistrate Judge's

proposed findings and recommended disposition that Petitioner's § 2241 Petition be dismissed.

**IT IS HEREBY ORDERED** that the Proposed Findings and Recommended Disposition

of the United States Magistrate Judge (Doc. 9) are adopted by the Court;

**IT IS FURTHER ORDERED** that Defendant's Petition for Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2241 **(Doc. 1)** is **dismissed** with prejudice.

_____
UNITED STATES DISTRICT JUDGE